

**ДОГОВОР №PT/US–08/22/66 ОТ «22» АВГУСТА 2022 г.**
**о предоставлении услуг по подготовке документов для поступления и зачисление в учебное заведение США.**

TravelWorks Inc., именуемый в дальнейшем «Представитель Образовательного Учреждения» – далее «Представитель», с одной стороны, и Соловьев Павел Алексеевич, паспорт РФ 0312185556, выдан ОУФМС России по Краснодарскому краю 10.12.2012, именуемый в дальнейшем "Заявитель", с другой стороны, заключили настоящий Договор о нижеследующем:

### 1. ПРЕДМЕТ ДОГОВОРА.

1.1. В целях успешного исполнения обязательств по настоящему Договору Заявитель поручает, а Представитель обязуется от своего имени и за счет Заявителя совершить комплекс действий по предоставлению Заявителю услуг по подготовке документов для успешного поступления в учебное заведение на территории США Абитуриента Соловьевой Кристины Павловны 17.05.2004 гр, интересы которой в рамках настоящего договора представляет Заявитель.

### 2. ОБЯЗАТЕЛЬСТВА СТОРОН

2.2. Обязанности Представителя
2.1.1. Предоставить Заявителю перечень документов и определить сроки их предоставления Представителю для дальнейшего зачисления Абитуриента.
2.1.2. Получить подтверждения зачисления Абитуриента в учебное заведение, указанное в Листе Бронирования – Приложение №1 к настоящему Договору, включая визовые приглашения от учебного заведения, который подтверждают оплату образовательной программы Абитуриента и успешное зачисление в учебное заведение, являясь основанием для рассмотрения заявления на студенческую визу и правом на въезд на территорию США.
2.1.3. Предоставлять услуги по оформлению студенческой визы США при запросе со стороны Заявителя.
2.1.4. Предоставить информационно-консультационные услуги по всем вопросам предмета Договора.

2.2. Обязанности Заявителя
2.2.1. Зафиксировать содержание заказанных услуг и образовательной программы, заполнив Приложение №1 – Лист Бронирования, которое является неотъемлемой частью Договора.
2.2.2. Предоставить Представителю все документы, указанные в Приложении №2, которые необходимы для осуществления услуги в установленные сроки. Приложении №2 является неотъемлемой частью Договора, если ранее не были предоставлены.
2.2.3. Своевременно и в полном объеме совершить оплату услуг Представителя и образовательной программы.

### 3. ПОРЯДОК ВЫПОЛНЕНИЯ ДОГОВОРА И ФИНАНСОВЫЕ ВЗАИМООТНОШЕНИЯ СТОРОН

3.1. Заявитель обязуется оплатить регистрационный депозит и стоимость образовательной программы на базе учебного заведения США в полном объеме путем банковского перевода на расчетный счет Представителя в порядке и в сроки, указанные в Приложении №1.

3.2.    В случае возникновения сопутствующих накладных расходов Представителя, они согласуются отдельно между Заявителем и Представителем, и при согласии Заявителя возмещаются Заявителем отдельно в рамках новых договоренностей на основании Дополнительного Соглашения к настоящему Договору.

3.3.    В случае обращения Заявителя к Представителю по вопросам визового сопровождения с целью подачи заявления на получение визы, Заявитель обязан оплатить стоимость консульского сбора и услуг по сбору биометрического материала Посольства США в размере, установленным Посольством США на момент обращения за визой.

## 4. СРОКИ ВЫПОЛНЕНИЯ РАБОТ

4.1.    Представитель обязуется начать предоставление услуг и приступить к исполнению предмета Договора в срок до 3 рабочих дней после выполнения Заявителем пунктов 2.2.2 и 3.1.

4.2.    Предмет Договора считается выполненным, а услуги оказанными с момента исполнения Представителем пункта 2.1.2 настоящего Договора, если ранее не было заявлено обратного в рамках дополнительного соглашения между Заявителем и Представителем, включая пункт 3.3 настоящего Договора.

## 5. ДРУГИЕ УСЛОВИЯ

6.1.    Договор составлен в двух экземплярах на русском языке – по одному экземпляру для каждой из сторон. Каждый экземпляр имеет одинаковую юридическую силу. Стороны обменялись подписанными экземплярами посредством электронной почты через электронные адреса, указанные в реквизитах настоящего Договора.

6.2.    Условия данного Договора могут быть изменены и дополнены исключительно по согласованию сторон с обязательным составлением Дополнительного Соглашения к настоящему Договору.

6.3.    Вся информация, которая передается сторонами в рамках обозначенного Договора, а также текст самого Договора, всех дополнений и соглашений к нему являются конфиденциальной.

## 6. РЕКВИЗИТЫ СТОРОН

| ПРЕДСТАВИТЕЛЬ | ЗАЯВИТЕЛЬ |
|---|---|
| TravelWorks Inc.<br>501 East Las Olas Blvd Suite 349,<br>Fort Lauderdale, FL 33301<br>www.travelworks.ru | Фамилия: Соловьев |
|  | Имя Отчество: Павел Алексеевич |
|  | гор. Краснодар<br>ул. Гимназическая/Октябрьская д. 30<br>кв. 24/25<br>Электронная почта:<br>kristina9654599999@gmail.com<br>Телефон: +79180282222 |
| Горячая линия: 1(754)2723415<br>Электронная почта:<br>accounting@travelworks.ru |  |
| Подпись ................<br>Сморчков Денис Юрьевич. Директор | Подпись ................/Соловьев Павел Алексеевич |



**Приложение №1 к Договору №PT/US–08/22/66 ОТ «22» АВГУСТА 2022 г**
**ЛИСТ БРОНИРОВАНИЯ**

Приложение №1 является частью Договора №PT/US–08/22/66 о предоставлении услуг по подготовке документов для поступления в учебное учреждение США и содержит данные образовательных программ с указанием продолжительности обучения в учебном учреждении, регистрационных сборов и пошлин учебных заведений, а также отражает сроки внесения платежей.

| | |
|---|---|
| **Тип программы**: абитуриентский языковой курс на базе Open Hearts Language Academy, Miami, FL с возможность зачисление на программу бакалавриата в Nova Southeastern University, Fort Lauderdale, FL. | |
| Программа: | University pathway |
| Дата начала программы: | 04.11.2022 |
| Стоимость программы: | 24 недели: 8680 USD<br>Регистрационный сбор – 220 USD<br>Учебные материалы – 60 USD<br>Форма I-20 – 360 USD<br><br>ИТОГО: 9320 USD |

Общая стоимость программы на основании Приложения №1 производятся не позднее 24 августа 2022 г. путем безналичного банковского перевода на реквизиты Представителя, указанных в счете №PT/US–08/22/66 на имя Заявителя.

**ОТКАЗ ОТ ПРОГРАММЫ И УДЕРЖАНИЯ**

1. В случае, если Абитуриент не может приступить к обучению по какой-либо причине до или после получения визы и отказывается от обучения за 30 календарных дней до начала конкретной программы, находясь не на территории США, Заявитель получает полный возврат средств за исключением 640 USD.

Подпись……………/Соловьев Павел Алексеевич                                  «22» августа 2022 г.