

| | СЧЕТ № | PT/US–08/22/67/2 |
|---|---|---|

**Счет от:**

TravelWorks Inc.
501 East Las Olas Blvd Suite 349
Fort Lauderdale, FL 33301
+17542723415
accounting@travelworks.ru

**Счет выставлен:**

Pavel Solovev

| | |
|---|---|
| Дата: | 30 August 2022 |
| Оплатить до: | 06 September 2022 |
| Сумма: | 78004 USD |

| Наименование | Ед. измерения | Количество | Валюта | Цена | Сумма |
|---|---|---|---|---|---|
| Computer Science BS. Стоимость обучения. | Программа | 1 | USD | 34500 | 78004 |
| Bachelor of Arts in Dance. Стоимость обучения. | Программа | 1 | USD | 34500 | |
| Транзит формы I-20. | Услуга | 2 | USD | 450 | |
| Медицинская страховка на 12 месяцев. | Услуга | 2 | USD | 2092 | |
| Application/Enrolment fee. | Услуга | 2 | USD | 150 | |
| Student services fee. | Услуга | 2 | USD | 1800 | |
| Wire transfer fee. | Комиссия | 1 | USD | 20 | |

**Итого:** 78004 USD

**Реквизиты платежа**

Beneficiary name: TRAVELWORKS INC.
Beneficiary bank: Bank of America
Account number: 229058602228 ABA: 026009593 ACH Routing: 063100277 SWIFT code: BOFAUS3N

**Назначение платежа**

Payment for education. Invoice №PT/US–08/22/67/2.

**Примечание**

**All the wire transfers are subject to an extra 20 USD charge upon the invoice total.**