Уважаемый (ая) СОЛОВЬЁВ ПАВЕЛ АЛЕКСЕЕВИЧ,

Настоящим подтверждаем, что следующий платеж был успешно совершен:

| | |
|---|---|
| Дата платежа: | 08/09/2022 |
| Сумма списания: | 78,004.00 USD |
| Имя клиента: | СОЛОВЬЁВ ПАВЕЛ АЛЕКСЕЕВИЧ |
| Со счета/карты: | xxxxxx4031 |
| Номер подтверждения: | BKOFG220908O379326 |
| Имя получателя: | TRAVELWORKS INC. |
| На счет: | xxxxxxxx2228 |
| Детали перевода: | PAYMENT FOR EDUCATION. UNIVERCITYTUITION FEES ETC. INVOICE NPT/US-08/22/67/2 DATED 30.08.2022 |

С уважением,

АО КБ «Ситибанк»

03/07/2023 21:34 по московскому времени

