

**OFFICE OF UNDERGRADUATE ADMISSIONS**
3301 College Avenue
Fort Lauderdale, Florida 33314-7796
+1 (954) 262-8000
800-338-4723, ext. 28000
admissions@nova.edu
www.nova.edu/admissions

September 21, 2022

Kristina Solovyoff
18 Flavelle Dr, Port Moody BC V3H4L4
Canada

Dear Kristina Solovyoff,

Congratulations! After careful evaluation of your submitted application and academic records, I am pleased to inform you that the Admissions Committee of Nova Southeastern University has conditionally admitted you to the university. This admission is on a conditional basis until all of the required documents for enrollment have been submitted and approved, as outlined in the Memorandum of Understanding between Nova Southeastern University and Open Hearts Language Academy. Upon completion of all requirements at Nova Southeastern University and Open Hearts Language Academy, you will be enrolled in the next available semester to begin your studies with Nova Southeastern University.

It is my understanding that it is your intention to enroll in the College of Arts and Science for the Bachelor of Arts with a Concentration in Dance degree program as a regular degreed candidate starting in the 2023 Fall Semester.

If you do not complete the enrollment agreement and register for classes for the assigned semester of study, you will lose your admission status. Therefore, please make an appointment with a Nova Southeastern University representative to seek academic guidance, discuss class schedules, and register for classes upon completion of studies at Open Hearts Language Academy.

All of our staff, faculty, and I are here to fully support your educational endeavors, your pursuit toward excellence, and the achievement of your dreams. Again, welcome to Nova Southeastern University!

Sincerely,

Dr. Anthony J. DeNapoli
Dean of Undergraduate Admissions and International Affairs