UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-62179-ALTMAN/Strauss

**PAVEL SOLOVEV**,

    *Plaintiff*,

v.

**TRAVEWORKS, INC.**, *et al.*,

    *Defendants.*

_____/

## ORDER TO SHOW CAUSE

Federal Rule of Civil Procedure 4(m) requires the Plaintiff to serve the summons and complaint on each defendant within 90 days after the filing of the complaint. *See* FED. R. CIV. P. 4(m). The Plaintiff filed this action on November 16, 2023, giving him until February 14, 2024, to perfect service. *See* Complaint [ECF No. 1]. As of this writing, however, the Plaintiff hasn't filed proof of service as to any Defendant. *See generally* Docket. Accordingly, we hereby **ORDER** the Plaintiff to serve *all* of the Defendants and to file proof of service on the docket by **February 14, 2024**. Failure to serve by that date will result in dismissal of any unserved Defendants without further notice.

**DONE AND ORDERED** in the Southern District of Florida on January 22, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record