## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PAVEL SOLOVEV,

        Plaintiff,                  Case No: 0:23-CV-62179-JB

vs.

TRAVELWORKS, INC. et al.,

        Defendants.

_____

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, PAVEL SOLOVEV, by and through his undersigned counsel, hereby give notice that the above-captioned action is voluntarily dismissed against ALL DEFENDANTS. ]

### MEMORANDUM OF LAW

F.R.C.P. 41(a)(1)(A)(i) allows the dismissal of a Defendant without a Court Order before an opposing party serves either an answer or a motion for summary judgment. Here, the Defendants did not file any answer, nor did they file a motion for summary judgment. As such, the dismissal can be accomplished without Court Order.

Dated: November 29, 2024

**WHEREFORE**, Plaintiff is entitled to a Default Judgment under the Federal Rules of Civil Procedure.

Respectfully submitted,

                         By:

                                        Law Offices of Andre G. Raikhelson
                                        *Counsel for Plaintiff*
                                        2750 NE 185th Street, Suite 206
                                        Aventura, FL 33180
                                        Telephone: (954) 895-5566

        Primary Email: arlaw@raikhelsonlaw.com
        Secondary email: jjackson@raikhelsonlaw.com

        /s/ Andre G. Raikhelson
        Andre G. Raikhelson, Esq.
        Florida Bar Number: 123657

        /

## CERTIFICATE OF SERVICE

    I hereby certify that I have served all counsel of record through the federal efiling system on April 19, 2024.

        /s/ Andre G. Raikhelson
        Andre G. Raikhelson, Esq