UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-cv-62179-JB

PAVEL SOLOVEV,

    Plaintiff,

v.

TRAVELWORKS, *et al.*,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** came before the Court on Plaintiff's Notice of Voluntary Dismissal (the "Notice"), ECF No. [30], in which Plaintiff dismisses this action. Accordingly, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida this 14th day of February, 2025.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**